UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CEDAR VIEW, LTD., | ) | |
| | ) | Case Nos.   5:05-CV-00782 |
| Plaintiff, | ) | 5:06-CV-01367 |
| | ) | |
| v. | ) | JUDGE ANN ALDRICH |
| | ) | |
| TOM COLPETZER, et al., | ) | |
| | ) | |
| Defendants. | ) | JUDGMENT ENTRY |
| | ) | |
| | ) | |

The Court has filed its memorandum and order granting all of the pending summary judgment motions, and granting judgment as a matter of law on all pending claims.

IT IS ORDERED that the court has granted all of the pending summary judgment motions: *Cedar View I* [Docket Nos. 253, 254, 256, 257, 278]; *Cedar View II* [Docket Nos. 31, 34, 36], and granted judgment as a matter of law on all pending claims. As all pending claims have been resolved, the court hereby dismisses both actions in their entirety.  This judgment is final and appealable.

      /s/Ann Aldrich
    ANN ALDRICH
    UNITED STATES DISTRICT JUDGE

**Dated: October 23, 2007**